**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 06-1701**

———————

MAYOR AND CITY COUNCIL,

                              Plaintiff - Appellee,

          versus

MORER LEE,

                              Defendant - Appellant,

          and

BOARD OF COUNTY COMMISSIONERS OF ALLEGANY
COUNTY,

                              Defendant.

———————

Appeal from the United States District Court for the District of
Maryland, at Baltimore.   Catherine C. Blake, District Judge.
(1:05-cv-02923-CCB)

———————

Submitted: January 25, 2007        Decided:  January 29, 2007

———————

Before WIDENER and MICHAEL, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

———————

Dismissed by unpublished per curiam opinion.

———————

Morer Lee, Appellant Pro Se.  Michael Scott Cohen, MICHAEL SCOTT
COHEN, LLC, Cumberland, Maryland, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Morer Lee seeks to appeal the district court's order remanding the civil action against him to state court for lack of federal jurisdiction. The district court's remand order is not reviewable. See 28 U.S.C. § 1447(d) (2000). Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the Court and argument would not aid the decisional process.

DISMISSED